UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SUZANNE KAY GOCKE, )
 )
              Plaintiff, )
vs. ) No. 1:07-cv-163-SEB-TAB
 )
JOHN POTTER, Postmaster General, )
 )
              Defendant. )

**Entry Dismissing Action**

      The court, having considered the above action and the matters which are pending, makes the following rulings:

      1.    The plaintiff's response (dkt. 44) to the directions in Part III of this court's January 16, 2008 Entry (dkt. 41), fails to identify a viable basis upon which her complaint may proceed. Accordingly, and for the reasons stated in such Entry, **this action is dismissed** for failure to state a claim upon which relief may be granted.

      2.    The defendant's motion to dismiss (dkt. 37) is **denied as moot.**

      3.    Final judgment consistent with this Entry shall now be entered.

      **IT IS SO ORDERED**.

Date: 02/05/2008

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana